No. 58174.—McCorquodale Process, Inc., and Perry Ryer & Co. et al. v. United States, protests 153404–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that certain items of the merchandise consist of McCorquodale machines and parts thereof similar in all material respects to the machine which was the subject of *United States* v. *Perry Ryer & Co.* (41 C. C. P. A. 18, C. A. D. 524), the claim of the plaintiffs was sustained.

No. 58175.—Artgift Corp. v. United States, protest 168260–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 57135, the claim of the plaintiff was sustained.

No. 58176.—Continental Importing Co. v. United States, protests 189233–K, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiff was sustained.